OPINION — AG — (1) AN ADOPTED CHILD MAY BE DISINHERITED IN THE SAME MANNER AS A NATURAL CHILD UNDER THE PROVISIONS OF 84 O.S. 1971 132 [84-132] (2) A FINAL DEGREE OF ADOPTION IS SUBJECT TO THE SAME DIRECT OR COLLATERAL ATTACK AS MAY BE LODGED AGAINST JUDGEMENTS OF THE DISTRICT COURTS IN OTHER CIVIL MATTERS. CITE: 10 O.S. 1971 60.1 [10-60.1] (WILLS AND SUCCESSION, CHILDREN) (MANVILLE T. BUFORD)